FILED
CLERK, U.S. DISTRICT COURT

JUN 2 8 2024

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON RAYA,

Defendant.

Case No.  2:24-MJ-03863

**ORDER OF DETENTION**

[18 U.S.C. §§ 3148(b), 3143(a)]

On July 28, 2024, Defendant Jason Raya made his initial appearance following his arrest on a bench warrant issued on June 18, 2024 in the District of Arizona.  A detention hearing was held.

The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency on June 28, 2024, and its recommendation of detention.

The Court has considered the allegations of Defendant's noncompliance with the conditions set for pretrial release (arrest on state criminal charges indicating that Defendant poses a danger to the community and others) as alleged in the Petition for Action on Conditions of Pretrial Release.

The Court finds, pursuant to 18 U.S.C.§ 3148(b), finds that there is clear and convincing evidence that Defendant has violated the conditions of his release. *See* Petition.

Having considered the factors set forth in 18 U.S.C. §3142(g), the court finds that there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the District of Arizona. Defendant shall be transported as expeditiously as possible so that he can attend his next court appearance in that district on **August 14, 2024**.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant

to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  [18 U.S.C. § 3142(i)]


Dated: June 28, 2024

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE